# EXHIBIT 2

**Defendant:** Wencan Zhu, d/b/a Pdoo; Nanchang White Technology Co. Ltd.
**ASIN:** B0GSTZCTMJ
**Accused Product:** Pdoo "Purple Teeth Whitening Strips" (28 strips / 14 uses)

**Infringement Chart for U.S. Patent No. 11,826,444 B2 (Claim 1)**

| Claim | Infringing Product |
|---|---|
| 1. A dental whitening device, comprising: | The Accused Product (Pdoo "Purple Teeth Whitening Strips," ASIN B0GSTZCTMJ) is a dental whitening device — a teeth whitening strip — sold as a kit of 28 strips providing 14 applications. |
| a strip of backing material, wherein the strip of backing material is flexible and planar such that the strip of backing material has two flat sides; | The Accused Product comprises a thin, flexible, planar strip of backing material having two flat sides, one of which is coated with the whitening composition. |
| a gelatinous, non-coalescent, visco-elastic dental composition conjoined to at least a portion of one of the flat sides of the strip of backing material, the dental composition being comprised of a tooth whitening agent, a solvent, and a thickening agent selected from the set of thickening agents consisting of polyethyloxazoline and polyvinylpyrrolidone (PVP); | The Accused Product comprises a dental composition (whitening gel) conjoined to at least a portion of one flat side of the strip. On information and belief, and based on inspection of an actual purchased sample, the composition is gelatinous, non-coalescent, and visco-elastic. Per the ingredient list, the composition comprises a tooth whitening agent (Phthalimidoperoxycaproic Acid (PAP), the active whitening agent), a solvent (Aqua, i.e., water), and a thickening agent (PVP (polyvinylpyrrolidone)), which is one of the two thickening agents in the recited set. The full ingredient list disclosed on the Accused Product's packaging is: "PVP, Phthalimidoperoxycaproic Acid, Glycerin, Aqua, Ethylcellulose, Xylitol, Xanthan Gum, Hydroxyapatite, Sodium Citrate, Menthol." |
| wherein when adhered to a user's dental arch both the dental composition and the backing material flex and conform to the user's dental arch without cracking or breaking. | When applied to the teeth in accordance with the Accused Product's instructions (worn for approximately 30 minutes per use), both the dental composition and the backing material flex and conform to the user's dental arch without cracking or breaking, as shown by the product's use as a conformable whitening strip and inspection of an actual sample. |